**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| PATTY PRATT,<br><br>                Plaintiff<br><br>    v.<br><br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORPORATION,<br><br>                Defendant. | Case No. 1:23-cv-00417-RDA-LRV |

**PLAINTIFF'S NOTICE IN SUPPORT OF HER OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

    As the Court is aware, Ms. Pratt filed an administrative discrimination complaint against the National Reconnaissance Office ("NRO") based on the same events at issue in this case. She requested a hearing before a U.S. Equal Employment Opportunity Commission ("EEOC") administrative judge ("AJ"). After the AJ granted NRO's motion for decision without a hearing, Ms. Pratt filed an appeal with the EEOC Office of Federal Operations ("OFO"), which adjudicates administrative discrimination filed against federal employers.

    The OFO found that ***SAIC*** —not NRO— told Ms. Pratt she could not return to work. And that "[NRO] was not responsible for whether [Ms. Pratt's] leave was compensated, as ***it was SAIC*** that handled [Ms. Pratt's] leave." R.39-1 at 11. However, neither the AJ nor the OFO made any factual findings or legal conclusions about whether ***SAIC*** failed to accommodate Ms. Pratt or otherwise discriminated against her.

Dated: April 26, 2024                                   Respectfully submitted,

                                                                                  ALAN LESCHT AND ASSOCIATES, P.C.

                                                                                   __/s/ Sara McDonough__

                                                                                   Sara McDonough (Bar No. 86376)
                                                                                   Ari Wilkenfeld (*pro hac vice*)
                                                                                   1825 K Street, NW, Suite 750
                                                                                   Washington, DC 20006
                                                                                   Tel (202) 315-1759
                                                                                   Fax (202) 463-6067
                                                                                   sara.mcdonough@leschtlaw.com
                                                                                  ari.wilkenfeld@leschtlaw.com
                                                                                  *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I certify that on April 26, 2024, I filed the foregoing *via* the Court's electronic filing system, which will serve notice on:

Ajente Kamalanathan, VA Bar No. 92326
Michael J. Murphy (*pro hac vice* pending)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 887-0855
Fax: (202) 887-0866
ajente.kamalanathan@ogletreedeakins.com
michael.murphy@ogletreedeakins.com
*Counsel for Defendant*


                                                  /s/ Sara McDonough
                                                 *Counsel for Plaintiff*